# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 23-1216          **Short Title:** In re: The Financial Oversight

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Pedro José Nazario Serrano, Juanita Sosa Pérez, Joel Rivera Morales, María de Lourdes Gómez Pérez, Héctor Cruz Villanueva,          as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

| | |
|---|---|
| s/Harold D. Vicente-González | March 28, 2023 |
| Signature | Date |
| Harold D. Vicente-González | |
| Name | |
| Vicente & Cuebas | (787) 751-8000 |
| Firm Name (if applicable) | Telephone Number |
| P.O. Box 11609 | (787) 756-5250 |
| Address | Fax Number |
| San Juan, PR 00910-1609 | hvicente@vclawpr.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 27441

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

The Clerk will enter my appearance as counsel oh behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Lourdes Rodríguez and Luis M. Jordán Rivera